UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 25-cr-85-01-SM-AJ |
| | ) |
| PATRICK GOULET, | ) |
| | ) |
| Defendant. | ) |

ORGANIZATIONAL VICTIM STATEMENT
Fed. R. Crim. P. 12.4(b) and Local Criminal Rule 12.4.1(b)

The United States of America, by Erin Creegan, the U.S. Attorney for the District of New Hampshire, and Alexander S. Chen, an Assistant U.S. Attorney, has identified at least one organizational victim in the above-captioned case.  Pursuant to Fed. R. Crim. P. 12.4(b) and Local Criminal Rule 12.4.1(b), the Government identifies the following victim.

Sig Sauer is a firearms manufacturer with its U.S. headquarters in New Hampshire.  Sig Sauer is privately owned.  Based on public records, Sig Sauer's parent company is a German entity called L&O Holding.  The Government is unaware of any planned mergers or shareholders other than L&O Holding.

Respectfully submitted,

ERIN CREEGAN
United States Attorney

Dated: October 22, 2025

By:    /s/ Alexander S. Chen
Alexander S. Chen
Assistant U.S. Attorney